# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-1672
_____

James Charles Fudge

*Plaintiff - Appellant*

v.

Grant Harris, Former Warden, ADC, Assistant Deputy Director; Moses Jackson, Deputy Assistant Warden, Varner Supermax, ADC; James Banks, Warden, ADC; Randall Watson, Warden, Varner Supermax, ADC; Curtis Meinzer, Former ADC Deputy Assistant Warden; James Chaney, Security Official, Varner Supermax, ADC; C. Paskell, Security Official, Varner Supermax, ADC; Justine M. Minor, Mrs., Disciplinary Hearing Official; Keith Waddle, Mr., Disciplinary Hearing Official; Stephen Watson, Security Official, Varner Supermax; Jeffrey Andrews, Security Official, Varner Supermax

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Pine Bluff

_____

Submitted: December 7, 2016
Filed: December 9, 2016
[Unpublished]

_____

Before COLLOTON, MURPHY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate James Fudge appeals the district court's[1] adverse grant of summary judgment on his due process claim related to his ongoing segregated confinement. After carefully reviewing the record and the parties' arguments on appeal, we conclude that the district court's decision was proper. *See Beaulieu v. Ludeman*, 690 F.3d 1017, 1024 (8th Cir. 2012) (grant of summary judgment reviewed *de novo*); *Rahman X v. Morgan*, 300 F.3d 970, 973-74 (8th Cir. 2002) (discussing due process requirements related to ongoing confinement in administrative segregation). Accordingly, we affirm. *See* 8th Cir. R. 47B.

—————————————————

[1]The Honorable J. Leon Holmes, United States District Judge for the Eastern District of Arkansas, adopting the proposed findings and recommendations of the Honorable Jerome T. Kearney, United States Magistrate Judge for the Eastern District of Arkansas.